# The MCS Group, Inc.
## Priority+ Legal Services, Inc. / Legal Legs, LTD.

One North Charles Street, Suite 301, Baltimore, MD 21201
(410) 752-7500  Fax (410) 823-3299

### Affidavit - Return of Private Process

U. S. District Court District of Maryland

Case #  CCB-03-CV-220

Case    Trustees of the Heating Piping and Refrigeration Pension Fund, et al

vs.

Aldi Mechanical, Inc. and William F. Aldi, Sr.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 3/18/03 at 5:43:00 PM at 1544 Goldenrain Court, Reston, VA 20190

William F. Aldi, Sr., President was served with:
Accepted by:

☑ Writ of Summons                    ☐ Confessed Judgement
☑ Complaint                          ☐ Show Cause Order
☐ Injunctio                          ☐ Replevin
☐ Interrogatories                    ☐ Writ of Garnishment on Property
☐ Subpoena                           ☐ Writ of Garnishment on Wages
☐ Notice to Take Deposition          ☐ Civil Non-Domestic Case Information Report
☐ Order to Appear for Oral Exam      ☐ Civil Domestic Case Information Report
☑ Supporting Documents               ☐ Request for Production of Documents

Other:

**Additional Information:**

Race: White        Height: 6'0"        Hair: Blonde        Age: 40s
Sex   Male         Weight: 220         Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 3/26/03

Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/07

# The MCS Group, Inc.
## Priority+ Legal Services, Inc. / Legal Legs, LTD.
One North Charles Street, Suite 301, Baltimore, MD 21201
(410) 752-7500  Fax (410) 823-3299

### Affidavit - Return of Private Process

**U. S. District Court District of Maryland**

Case #  CCB-03-CV-220

Case     Trustees of The Heating, Piping and Refrigeration Pension Fund, et al

vs.

Aldi Mechanical, Inc. and William F. Aldi, Sr.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

**That on 3/18/03 at 5:43:00 PM at 1544 Goldenrain Court, Reston, VA 20190**

**William F. Aldi, Sr. was served with:**
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunctio
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents
- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

| | | | |
|---|---|---|---|
| Race: White | Height 6'0" | Hair: Blonde | Age: 40s |
| Sex  Male | Weight: 220 | Other: | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 3/26/03   _____
                 Private Process Server

Sworn and Subscribed to before me this ___ day of _____, in the year ____.

Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/07