UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING
AND REFRIGERATION PENSION FUND,
et al.,

    Plaintiffs,

                               CIVIL ACTION NO. CCB-03-220

ALDI MECHANICAL, INC.,              )

    and

WILLIAM F. ALDI, SR.,                )

    Defendants.                       )

## CONSENT JUDGMENT AND ORDER

Upon agreement of the parties, Plaintiffs, Trustees of the Heating, Piping and Refrigeration Pension Fund, Heating, Piping and Refrigeration Medical Fund; Heating, Piping and Refrigeration Training Fund; Industry Promotion Fund and Communications and Productivity Fund, Steamfitters Local 602 Retirement Savings Fund; International Training Fund (hereinafter "Local 602 Funds"), and Defendants, Mechanical, Inc. and William F. Aldi, Sr. hereby stipulate to the entry of Judgment in favor of the Plaintiffs and against Defendants, jointly and severally as set forth herein

WHEREFORE, this ___ day of _____, 2003, Judgment is hereby entered in favor of Plaintiffs and against Defendants jointly and severally; and it is

FURTHER ORDERED, that Plaintiffs are awarded, and Defendants shall pay to Plaintiffs, $8,080.00 in delinquent monthly contributions to the Local 602 Funds for the months of July, 2002 through December, 2002 (Exhibit A); and it is

FURTHER ORDERED, that Plaintiffs are awarded, and Defendants shall pay to Plaintiffs, $535.07 in interest, assessed at the rate of 10% per annum, on late paid contributions for the months of March, 2002 through June, 2002 from the date due through the date of payment and on unpaid contributions for the months of July, 2002 through December, 2002 from the date due through May 1, 2003 and continuing to accrue at the rate of 10% per annum through the date of payment (Exhibit A);

FURTHER ORDERED, that Plaintiffs are awarded, and Defendants shall pay to Plaintiffs, $1,980.00 in liquidated damages for the months of March, 2002 through December, 2002 (Exhibit A);

FURTHER ORDERED, that Plaintiffs are awarded, and Defendants shall pay to Plaintiffs, $381.29 in costs incurred in filing this action;

FURTHER ORDERED, that Plaintiffs are awarded, and Defendants shall pay to Plaintiffs, $600.00 in reasonable attorneys fees incurred in this action;

FURTHER ORDERED, that Defendants shall pay to Plaintiffs any additional attorneys fees and costs incurred by Plaintiffs in enforcing Defendants' contribution obligations or to enforce or execute on this Consent Judgment and Order; and it is

FURTHER ORDERED, that because of Defendants' persistent failure to meet its reporting and payment obligations to Plaintiffs under the terms of its collective bargaining agreement and 29 U.S.C. §1145, Defendants, its officers, agents, servants, employees, representatives, and any persons acting on its behalf are ordered to: (a) file any remittance reports and make payments due the Plaintiffs, on or before the date said payments are due; and (b) make all payments due the Plaintiffs under the terms of this Consent Judgment and Order; and any collective bargaining agreement or as otherwise required by law; and it is

FURTHER ORDERED, that this Consent Judgment and Order is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment and Order may be enforced by Plaintiffs in any court of competent jurisdiction; and it is

FURTHER ORDERED, that should Defendants fail to comply with any terms of this Consent Judgment and Order, Plaintiffs may, in addition to pursuing remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendants, and may at that time ask for further appropriate monetary and/or injunctive relief.

O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

Dated: April 24, 2003           By: _____
                                    R. Richard Hopp
                                    MD Bar No. 07363

                                Counsel for Plaintiffs

Dated: 4/30/03                  By: _____
                                    William F. Aldi, Sr., President
                                    Aldi Mechanical, Inc.

Dated: 4/30/03                  By: _____
                                    William F. Aldi, Sr.

SO ORDERED this        day of          , 2003.

                                _____
                                United States District Judge

ccs': listed on next page

3

R. Richard Hopp
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, D. C.  20016

Aldi Mechanical, Inc.
1544 Goldenrain Court
Reston, VA  20190

William F. Aldi, Sr.
1544 Goldenrain Court
Reston, VA  20190

101679_1

ALDI MECHANICAL, INC. and WILLIAM F. ALDI, SR.

**LOCAL 602 FUNDS**
Interest Assessed at the Rate of 10% Per Annum Through May 1, 2003
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

| MONTH | NO REPORTS | TOTAL CONTRIB. | LIQUIDATED DAMAGES ON PD CONT. | INTEREST ON PAID CONTRIB. | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-02 | | | $192.00 | $37.33 | | | | | | | |
| Apr-02 | | | $192.00 | $26.67 | | | | | | | |
| May-02 | | | $192.00 | $26.67 | | | | | | | |
| Jun-02 | | | $192.00 | $28.79 | | | | | | | |
| Jul-02 | * | $1,280.00 | $1,280.00 | | | $192.00 | 0.027% | $0.35 | 15-Aug-02 | 07-May-03 | 265 | $92.93 |
| Aug-02 | * | $1,360.00 | $1,360.00 | | | $204.00 | 0.027% | $0.37 | 15-Sep-02 | 07-May-03 | 234 | $87.19 |
| Sep-02 | * | $1,360.00 | $1,360.00 | | | $204.00 | 0.027% | $0.37 | 15-Oct-02 | 07-May-03 | 204 | $76.01 |
| Oct-02 | * | $1,360.00 | $1,360.00 | | | $204.00 | 0.027% | $0.37 | 15-Nov-02 | 07-May-03 | 173 | $64.46 |
| Nov-02 | * | $1,360.00 | $1,360.00 | | | $204.00 | 0.027% | $0.37 | 15-Dec-02 | 07-May-03 | 143 | $53.28 |
| Dec-02 | * | $1,360.00 | $1,360.00 | | | $204.00 | 0.027% | $0.37 | 15-Jan-03 | 07-May-03 | | $41.73 |
| **TOTALS:** | | $8,080.00 | $8,080.00 | $768.00 | $119.46 | $1,212.00 | | | | | | $415.61 |

| | | |
|---|---|---|
| Contributions: | | $8,080.00 |
| Liq. Dam. on Pd Contr.: | $768.00 | |
| Liq. Dam. On Unpd Contr. | $1,212.00 | |
| | | $1,980.00 |
| Interest on Pd Contr.: | $119.46 | |
| Interest on Unpd Contr. | $415.61 | |
| | | $535.07 |
| **TOTAL:** | | $10,595.07 |
| Costs: | $381.29 | |
| Attorneys' Fees: | $600.00 | |
| | | $981.29 |
| **GRAND TOTAL:** | | $11,576.36 |

*Estimated amount due based on 160 hours per month.



04/23/03  EXHIBIT A