IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAR 1 ~

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. 
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD  21206 )
)
Plaintiffs, )

vs.   **CASE NO. CCB03-220**
)
ALDI MECHANICAL, INC. )
1544 Goldenrain Court )
Reston, VA  20190

)
and )
)
WILLIAM F. ALDI, SR. )
1544 Goldenrain Court
Reston, VA  20190

Defendants.

JOHN J. KIRLIN
515 Dover Road, Suite 2800
Rockville, MD  20850 )

Garnishee. )


**ANSWER OF GARNISHEE**
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:   *LAST ck*

1.   The Judgment Debtor/Employee **IS NOT** employed by the Garnishee.   *k 2/3/04*

2.   The Judgment Debtor/Employee **IS** employed by this Garnishee.

   Rate of Pay _____
   Pay Period _____

3.  There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4.  The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/~~Employee~~ on   __3/18/04__

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee