IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING
AND REFRIGERATION PENSION FUND,
et al.,

    Plaintiffs

ALDI MECHANICAL, INC.              Civil Action No.: CCB03-220

WILLIAM F ALDI, SR.

    Defendants,

    and

JOHN J. KIRLIN,

    Garnishee.

## LINE OF RELEASE

    Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, John J Kirlin for wages of William F. Aldi, Sr. in the instant case

    Garnishee has filed an answer indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee.

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

115048_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2004, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

>John J. Kirlin
>515 Dover Road, Suite 2800
>Rockville, MD  20850
>
>William F. Aldi, Sr.
>1544 Goldenrain Court
>Reston, VA  20190
>
>Aldi Mechanical, Inc.
>1544 Goldenrain Court
>Reston, VA  20190

_____
R. Richard Hopp

115048_1