IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al.
6650 BELAIR ROAD, 2ND FLOOR
BALTIMORE, MD 21206
                                                    )
    Plaintiffs,                      )

      vs.                              ) CASE NO. CCB03-220
                                                    )
ALDI MECHANICAL, INC.                  )
1544 Goldenrain Court                        )
Reston, VA 20190                              )
                                                    )
    and                                    )
                                                    )
WILLIAM F. ALDI, SR.                       )
1544 Goldenrain Court                        )
Reston, VA 20190
                                                    )
    Defendants.

REQUEST OF PLAINTIFFS FOR ISSUANCE OF
**WRIT OF GARNISHMENT**

MS. CLERK:

      A final judgment was entered in the above entitled case on **May 5, 2003**. No supersedes bond has been posted nor is there in effect at this time any stay of execution or proceedings to enforce the judgment.

      Please issue a Writ of Garnishment to **Heffron Company, Inc., 4940 Nicholson Court, Suite 1000, Kensington, Maryland 20895.**

Amount presently due and owing: **$11,576.36, plus interest at the rate of 10% per annum from May 1, 2003 to date of payment less total adjustments of $2,214.10 leaving a balance owing of $9,362.26**

_____
R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

_____4/6/04_____
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING: (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
    WRIT OF EXECUTION                     (2-641)
    WRIT OF GARNISHMENT               (2-645)
    WRIT OF GARNISHMENT ON WAGES   (2-646)

113414_1.DOC