IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| <u>WRIT OF GARNISHMENT OF WAGES</u> | CASE NO. CCB-03-220 |
| | AMOUNT OF JUDGMENT OWED: <br> <u>**$9,362.26, plus interest at the rate of 10% per annum from May 1, 2003 through date of payment**</u> |
| | NOTICE TO JUDGMENT DEBTOR AND GARNISHEE: |
| WRIT ISSUED AS TO: | <u>Federal and State Exemptions May be Available to You - See Below</u> |
| **WILLIAM F. ALDI, SR.** <br> 1544 Goldenrain Court <br> Reston, VA  20190 | |

TO GARNISHEE:   **Heffron Company, Inc.**
**4940 Nicholson Court, Suite 100**
**Kensington, MD  20895**

You are hereby notified that you <u>MUST FILE A WRITTEN ANSWER</u> in the Office of the Clerk of this Court within 30 days after service of this Writ on you.  Failure to do so may result in YOU BEING HELD IN CONTEMPT.

> (<u>NOTE</u>:  The answer shall state whether the debtor is an employee of the garnishee and, if so, the rate of any pay and the existence of prior liens.  The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the debtor could assert.)

TO THE JUDGMENT DEBTOR:

You are hereby notified of the right to contest the Garnishment <u>BY FILING A WRITTEN MOTION</u> asserting a defense or objection, in the Office of the Clerk of this Court, U.S. District Court, Room 404, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland  21201.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued:                                                                    FELICIA C. CANNON_____
                                                                                         CLERK


                                                                                         _____
                                                                                         DEPUTY CLERK

(NOTE:   Service of this Writ shall be made in accordance with Md. Rule 2-121.)
         Date of this Writ mailed to debtor's last known address:_____

ADDRESS OF JUDGMENT DEBTOR:

William F. Aldi, Sr.
1544 Goldenrain Court
Reston, VA 20190

115208_1.DOC