IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ALDI MECHANICAL, INC. | ) Civil Action No.: CCB03-220 |
| and | ) ) |
| WILLIAM F. ALDI, SR. | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| HEFFRON COMPANY, INC. | ) ) |
| Garnishee. | ) ) |

### LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Heffron Company, Inc. for wages of William F. Aldi, Sr. in the instant case.

Garnishee has filed an answer indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee.

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

116062_1

## CERTIFICATE OF SERVICE

I hereby certify that on this  29th  day of  April  , 2004, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

Heffron Company, Inc.
4940 Nicholson Court, Suite 100
Kensington, MD  20895

William F. Aldi, Sr.
1544 Goldenrain Court
Reston, VA  20190

Aldi Mechanical, Inc.
1544 Goldenrain Court
Reston, VA  20190

_____
R. Richard Hopp

116062_1