# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD 21206 )
                                         )
      Plaintiffs, )
                                           )
        vs. ) **CASE NO.** CCB03-220
                                           )
ALDI MECHANICAL, INC. )
1544 Goldenrain Court )
Reston, VA 20190 )
                                           )
        and )
                                           )
WILLIAM F. ALDI, SR. )
1544 Goldenrain Court )
Reston, VA 20190 )
                                           )
      Defendants. )

## REQUEST OF PLAINTIFFS FOR ISSUANCE OF
## WRIT OF GARNISHMENT

MS. CLERK:

      A final judgment was entered in the above entitled case on **May 5, 2003**. No supersedeas bond has been posted nor is there in effect at this time any stay of execution or proceedings to enforce the judgment.

      Please issue a Writ of Garnishment to **Montgomery Mechanical, Poole Kent Corporation/Joint Venture, 1420 Ritchie Marlboro Road, Capitol Heights, Maryland, 20743.**

Amount presently due and owing:  **$11,576.36, plus interest at the rate of 10% per annum from May 1, 2003 to date of payment less total adjustments of $2,214.10 leaving a balance owing of $9,362.26**

R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
(202) 362-0041

7/19/04
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING:  (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
| | |
|---|---|
| WRIT OF EXECUTION | (2-641) |
| WRIT OF GARNISHMENT | (2-645) |
| WRIT OF GARNISHMENT ON WAGES | (2-646) |

118276_1DOC