IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WRIT OF GARNISHMENT OF WAGES     CASE NO. CCB-03-220

AMOUNT OF JUDGMENT OWED:
**$9,362.26, plus interest at the rate of 10% per annum from May 1, 2003 through date of payment**

NOTICE TO JUDGMENT DEBTOR
AND GARNISHEE:

WRIT ISSUED AS TO:     Federal and State Exemptions May be Available to You - See Below

**WILLIAM F. ALDI, SR.**
1544 Goldenrain Court
Reston, VA 20190


TO GARNISHEE:     Montgomery Mechanical
Poole & Kent Corporation/Joint Venture
1420 Ritchie Marlboro Road
Capitol Heights, MD 20743

　　　　You are hereby notified that you MUST FILE A WRITTEN ANSWER in the Office of the Clerk of this Court within 30 days after service of this Writ on you. Failure to do so may result in YOU BEING HELD IN CONTEMPT.

　　　　(NOTE: The answer shall state whether the debtor is an employee of the garnishee and, if so, the rate of any pay and the existence of prior liens. The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the debtor could assert.)

TO THE JUDGMENT DEBTOR:

　　　　You are hereby notified of the right to contest the Garnishment BY FILING A WRITTEN MOTION asserting a defense or objection, in the Office of the Clerk of this Court, U.S. District Court, Room 404, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: 7-20-04

FELICIA C. CANNON
CLERK

_____
DEPUTY CLERK

(NOTE:  Service of this Writ shall be made in accordance with Md. Rule 2-121.)
Date of this Writ mailed to debtor's last known address:_____

ADDRESS OF JUDGMENT DEBTOR:

William F. Aldi, Sr.
1544 Goldenrain Court
Reston, VA  20190

118276_1DOC

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE HEATING, PIPING<br>AND REFRIGERATION PENSION FUND,<br>et al.<br>6650 BELAIR ROAD, 2ND FLOOR<br>BALTIMORE, MD 21206<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALDI MECHANICAL, INC.<br>1544 Goldenrain Court<br>Reston, VA 20190<br><br>    and<br><br>WILLIAM F. ALDI, SR.<br>1544 Goldenrain Court<br>Reston, VA 20190<br><br>    Defendants.<br><br>MONTGOMERY MECHANICAL, POOLE &<br>KENT CORPORATION/JOINT VENTURE<br>1420 Ritchie Marlboro Road<br>Capitol Heights, MD 20743<br><br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. CCB03-220** |

### ANSWER OF GARNISHEE
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1.   The Judgment Debtor/Employee <u>IS NOT</u> employed by the Garnishee.

2.   The Judgment Debtor/Employee <u>IS</u> employed by this Garnishee.

   Rate of Pay _____
   Pay Period _____

3.     There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4.     The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on _____ .

MAIL ORIGINAL TO:

    Clerk of the Court
    United States District Court
     for the District of Maryland
    101 West Lombard Street
    Room 4415
    Baltimore, MD 21201

_____
Garnishee

2

## INSTRUCTIONS TO GARNISHEE

**MARYLAND RULES OF PROCEDURE**

### 2-646 (i) – Withholding and Remitting of Wages

While the garnishment is in effect, the garnishee shall withhold all garnishable wages payable to the debtor. If the garnishee has asserted a defense or is notified that the debtor has done so, the garnishee shall remit the withheld wages to the Court. Otherwise, the garnishee shall remit them to the creditor or the creditor's attorney within 15 days after the close of the debtor's last pay period in each month. The garnishee shall file a monthly statement showing the amount withheld each pay period and the method used to determine the amount. If the garnishee is served with more than one writ for the same debtor, the Writs shall be satisfied in the order in which served.

### 2-646 (k) – Termination of Garnishment

A garnishment of wages terminates 90 days after cessation of employment unless the debtor is reemployed by the garnishee during that period.

**COMMERCIAL LAW ARTICLE – ANNOTATED CODE OF MARYLAND**

### 15-601.1 – Exemption from Attachment

(a) Amounts of wages exempt; medical insurance payment – The following are exempt from attachment:

    (1) Except as provided in item (2) of this subsection, the greater of:

        (i) The product of $145.00 multiplied by the number of weeks in which the wages due were earned; or

        (ii) 75 percent of the wages due

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING: (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
    WRIT OF EXECUTION     (2-641)
    WRIT OF GARNISHMENT (2-645)
    WRIT OF GARNISHMENT ON WAGES   (2-646)