IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD 21206 )
)
Plaintiffs, )
)
vs. ) CASE NO. CCB03-220
)
ALDI MECHANICAL, INC. )
1544 Goldenrain Court )
Reston, VA 20190 )
)
and )
)
WILLIAM F. ALDI, SR. )
1544 Goldenrain Court )
Reston, VA 20190 )
)
Defendants. )
)
MONTGOMERY MECHANICAL, POOLE & )
KENT CORPORATION/JOINT VENTURE )
1420 Ritchie Marlboro Road )
Capitol Heights, MD 20743 )
)
Garnishee.

### ANSWER OF GARNISHEE
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. __✓__ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. ____ The Judgment Debtor/Employee IS employed by this Garnishee

    Rate of Pay _____
    Pay Period _____



3.  There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4.  The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on ____7/29/04_____.

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee