IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALDI MECHANICAL, INC. <br><br> and <br><br> WILLIAM F. ALDI, SR. <br><br> Defendants, <br><br> and <br><br> MONTGOMERY MECHANICAL, POOLE & KENT CORPORATION/JOINT VENTURE, <br><br> Garnishee. | Civil Action No.: CCB03-220 |

### **LINE OF RELEASE**

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Montgomery Mechanical, Poole & Kent Corporation/Joint Venture for wages of William F. Aldi, Sr. in the instant case.

Garnishee has filed an answer indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee.

        Respectfully Submitted,
        O'DONOGHUE & O'DONOGHUE LLP
        4748 Wisconsin Avenue
        Washington, D.C. 20016
        (202) 362-0041


        ___/s/_____
        R. Richard Hopp
        MD Bar No. 07363

        Attorneys for Plaintiffs

119435_1

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of _____, 2004, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

>Montgomery Mechanical, Poole &
>Kent Corporation/Joint Venture
>1420 Ritchie Marlboro Road
>Capitol Heights, MD  20743
>
>William F. Aldi, Sr.
>1544 Goldenrain Court
>Reston, VA  20190
>
>Aldi Mechanical, Inc.
>1544 Goldenrain Court
>Reston, VA  20190

                                        __/s/_____
                                        R. Richard Hopp

119434_1