IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD  21206 )
)
    Plaintiffs, )
)
    vs. ) **CASE NO.**  CCB03-220
)
ALDI MECHANICAL, INC. )
1544 Goldenrain Court )
Reston, VA  20190 )
)
    and )
)
WILLIAM F. ALDI, SR. )
1544 Goldenrain Court )
Reston, VA  20190 )
)
    Defendants. )

**REQUEST OF PLAINTIFFS FOR ISSUANCE OF**
<u>**WRIT OF GARNISHMENT**</u>

MS. CLERK:

    A final judgment was entered in the above entitled case on **May 5, 2003**.  No supersedeas bond has been posted nor is there in effect at this time any stay of execution or proceedings to enforce the judgment.

    Please issue a Writ of Garnishment to **Montgomery Mechanical, Poole Kent Corporation/Joint Venture, 1420 Ritchie Marlboro Road, Capitol Heights, Maryland, 20743.**

    Amount presently due and owing:  **$11,576.36, plus interest at the rate of 10% per annum from May 1, 2003 to date of payment less total adjustments of $2,214.10 leaving a balance owing of $9,362.26**

_/s/ R. Richard Hopp_
R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

10/28/05
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING: (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
| | |
|---|---|
| WRIT OF EXECUTION | (2-641) |
| WRIT OF GARNISHMENT | (2-645) |
| WRIT OF GARNISHMENT ON WAGES | (2-646) |

134967_1DOC