**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ALDI MECHANICAL, INC. | ) Civil Action No.: CCB03-220 ) |
| and | ) ) |
| WILLIAM F. ALDI, SR. | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| NORAIR ENGINEERING CORP., | ) ) |
| Garnishee. | ) ) |

**LINE OF RELEASE**

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Norair Engineering Corp. for wages of William F. Aldi, Sr. in the instant case.

Garnishee has advised that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee.

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

119435_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2004, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

Norair Engineering Corp.
337 Brightseat Road, Suite 200
Landover, MD  20785

William F. Aldi, Sr.
1544 Goldenrain Court
Reston, VA  20190

Aldi Mechanical, Inc.
1544 Goldenrain Court
Reston, VA  20190

_____
R. Richard Hopp

135849_1