Revis Engineering Inc.
P.O. Box 223
Clinton, MD 20735-0223

SOUTHERN MD 207
14 NOV 2007 PM 2 T

Clerk of The Court
United States District Court
For The District of Maryland
101 West Lombard Street Room 4415
Baltimore MD 21201

21201+2605