IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALDI MECHANICAL, INC. <br><br> and <br><br> WILLIAM F. ALDI, SR. <br><br> Defendants, <br><br> and <br><br> REVIS ENGINEERING, INC., <br><br> Garnishee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: CCB03-220 <br> ) <br> ) <br> ) |

### LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Revis Engineering, Inc. for wages of William F. Aldi, Sr. in the instant case.

Garnishee filed an Answer on November 14, 2007 indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee (Exhibit A).

Respectfully Submitted,
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041
fax (202) 362-2640

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

170220 1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2007, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

> Revis Engineering, Inc.
> 8502 Dangerfield Place
> Clinton, MD 20735
>
> William F. Aldi, Sr.
> 1544 Goldenrain Court
> Reston, VA 20190

_____
R. Richard Hopp

170220_1.DOC