IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al.<br>6650 BELAIR ROAD, 2ND FLOOR<br>BALTIMORE, MD 21206<br><br>Plaintiffs,<br><br>vs.<br><br>ALDI MECHANICAL, INC.<br>1544 Goldenrain Court<br>Reston, VA 20190<br><br>and<br><br>WILLIAM F. ALDI, SR.<br>1544 Goldenrain Court<br>Reston, VA 20190<br><br>Defendants.<br><br>REVIS ENGINEERING, INC.<br>8502 Dangerfield Place<br>Clinton, MD 20735<br><br>Garnishee. | CASE NO. CCB03-220 |

**ANSWER OF GARNISHEE**
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. __✓__ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. _____ The Judgment Debtor/Employee IS employed by this Garnishee.

    Rate of Pay _____
    Pay Period _____

EXHIBIT A

3. _____ There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4. _____ The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on _____*11-14-07*_____.

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee

2