## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ | COURT |

MAY 1 4 2008

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al. 6650 BELAIR ROAD, 2ND FLOOR BALTIMORE, MD 21206 | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. CCB03-220 ) |
| ALDI MECHANICAL, INC. 1544 Goldenrain Court Reston, VA 20190 | ) ) ) ) |
| and | ) ) |
| WILLIAM F. ALDI, SR. 1544 Goldenrain Court Reston, VA 20190 | ) ) ) ) |
| Defendants. | ) ) |
| HEFFRON COMPANY, INC. 4940 Nicholson Court, Suite 100 Kensington, MD 20895 | ) ) ) ) |
| Garnishee. | ) ) |

### ANSWER OF GARNISHEE
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. _____ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. _____ The Judgment Debtor/Employee IS employed by this Garnishee.

Rate of Pay _____

Pay Period _____

3. _____ There are prior attachment/liens against this employee's wages, as
follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
| --- | --- | --- | --- | --- |

4. _____ The Garnishee desires to contest the Attached and does assert on behalf
of the Judgment Debtor/Employee the following defense:

_____ — Heltron Company
Garnishee or Attorney                                    5/2/08

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his
attorney, and a copy to the Judgment Debtor/Employee on ___5/13/08___.

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee                                    5/2/08

2