IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALDI MECHANICAL, INC. <br><br> and <br><br> WILLIAM F. ALDI, SR. <br><br> Defendants, <br><br> and <br><br> HEFFRON COMPANY, INC., <br><br> Garnishee. | Civil Action No.: CCB03-220 |

## LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Heffron Company, Inc. for wages of William F. Aldi, Sr. in the instant case.

Garnishee filed an Answer on May 14, 2008 indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee (Exhibit A).

Respectfully Submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041
(202) 362-2640 facsimile

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

175559_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this ___16th___ day of May, 2008, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

    Heffron Company, Inc.
    4940 Nicholson Court, Suite 100
    Kensington, MD  20895

    William F. Aldi, Sr.
    1544 Goldenrain Court
    Reston, VA  20190

    William F. Aldi, Sr.
    P.O. Box 2071
    Reston, VA  20197-0071

                              Respectfully Submitted,

                              O'DONOGHUE & O'DONOGHUE LLP
                              4748 Wisconsin Avenue
                              Washington, D.C. 20016
                              (202) 362-0041
                              (202) 362-2640 facsimile

                              _____
                              R. Richard Hopp
                              MD Bar No. 07363

                              Attorneys for Plaintiffs

175559_1.DOC