IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al., )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD 21206 )
)
Plaintiffs, )
)
vs. ) CASE NO. CCB03-220
)
ALDI MECHANICAL, INC. )
1544 Goldenrain Court )
Reston, VA 20190 )
)
and )
)
WILLIAM F. ALDI, SR. )
1544 Goldenrain Court )
Reston, VA 20190 )
)
Defendants. )
)
HEFFRON COMPANY, INC. )
4940 Nicholson Court, Suite 100 )
Kensington, MD 20895 )
)
Garnishee. )

FILED
MAY 14 2008
DISTRICT OF MARYLAND

ANSWER OF GARNISHEE
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. __X__ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. _____ The Judgment Debtor/Employee IS employed by this Garnishee.

Rate of Pay _____
Pay Period _____

EXHIBIT A

3. \_\_\_\_\_ There are prior attachments/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4. \_\_\_\_\_ The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____  Heffron Company
Garnishee or Attorney              5/13/08

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on  5/13/08

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
  for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee         5/13/08

2