IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al.<br>6650 BELAIR ROAD, 2ND FLOOR<br>BALTIMORE, MD  21206<br><br>    Plaintiffs,<br><br>          vs.<br><br>ALDI MECHANICAL, INC.<br>P. O. Box 2071<br>Reston, VA  20197-0071<br><br>          and<br><br>WILLIAM F. ALDI, SR.<br>P. O. Box 2071<br>Reston, VA  20197-0071<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO.**  CCB03-220<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST OF PLAINTIFFS FOR ISSUANCE OF
WRIT OF GARNISHMENT

MS. CLERK:

A final judgment was entered in the above entitled case on **May 5, 2003**.  No supersedeas bond has been posted nor is there in effect at this time any stay of execution or proceedings to enforce the judgment.

Please issue a Writ of Garnishment to **Tri State Mechanical Service Inc., 4503 Buchanan Street, Hyattsville, Maryland 20781.**

Amount presently due and owing: $11,576.36, plus interest at the rate of 10% per annum from May 1, 2003 to date of payment less total adjustments of $2,214.10 leaving a balance owing of $9,362.26

_____
R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
(202) 362-0041

5/17/08
_____
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING:  (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
    WRIT OF EXECUTION                        (2-641)
    WRIT OF GARNISHMENT                  (2-645)
    WRIT OF GARNISHMENT ON WAGES     (2-646)

174808_1.DOC