IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD 21206 )
 )
 )
Plaintiffs, )
 )
 )
vs. ) CASE NO. CCB03-220
 )
ALDI MECHANICAL, INC. )
P. O. Box 2071 )
Reston, VA 20197-0071 )
 )
 )
and )
 )
WILLIAM F. ALDI, SR. )
P. O. Box 2071 )
Reston, VA 20197-0071 )
 )
Defendants. )
 )
TRI STATE MECHANICAL SERVICE INC. )
4503 Buchanan Street )
Hyattsville, MD 20781 )
 )
 )
Garnishee. )

### ANSWER OF GARNISHEE
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. __X__ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. _____ The Judgment Debtor/Employee IS employed by this Garnishee.

    Rate of Pay _____
    Pay Period _____

3. _____ There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4. _____ The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on May 29, 2008.

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

_____
Garnishee Tomika M. Benedetto

TriStrate Mech Inc
4503 Buchanan Street
Hyattsville, MD 20781
301-864-2531

2