IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) |
| ALDI MECHANICAL, INC. | ) Civil Action No.: CCB03-220 |
| and | ) |
| WILLIAM F. ALDI, SR. | ) |
| Defendants, | ) |
| and | ) |
| TRI STATE MECHANICAL SERVICE INC., | ) |
| Garnishee. | ) |

## LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court to release the garnishment against Garnishee, Tri State Mechanical Service Inc. for wages of William F. Aldi, Sr. in the instant case.

Garnishee filed an Answer on June 2, 2008 indicating that Defendant, William F. Aldi, Sr. is not currently employed by Garnishee (Exhibit A).

Respectfully Submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041
(202) 362-2640 facsimile

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

176117_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2008, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

> Tri State Mechanical Service Inc.
> 4503 Buchanan Street
> Hyattsville, MD  20781
>
> William F. Aldi, Sr.
> P.O. Box 2071
> Reston, VA  20197-0071

Respectfully Submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041
(202) 362-2640 facsimile

_____
R. Richard Hopp
MD Bar No. 07363

Attorneys for Plaintiffs

176117_1.DOC