IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING, PIPING )
AND REFRIGERATION PENSION FUND, )
et al. )
6650 BELAIR ROAD, 2ND FLOOR )
BALTIMORE, MD 21206 )
                                                  )
     Plaintiffs, )
                                                  )
   vs. ) **CASE NO.** CCB03-220
                                                  )
ALDI MECHANICAL, INC. )
P. O. Box 2071 )
Reston, VA 20197-0071 )
                                                  )
     and )
                                                  )
WILLIAM F. ALDI, SR. )
P. O. Box 2071 )
Reston, VA 20197-0071 )
                                                  )
    Defendants. )

REQUEST OF PLAINTIFFS FOR ISSUANCE OF
<u>WRIT OF GARNISHMENT</u>

MS. CLERK:

       A final judgment was entered in the above entitled case on **May 5, 2003**. No supersedeas bond has been posted nor is there in effect at this time any stay of execution or proceedings to enforce the judgment.

       Please issue a Writ of Garnishment to **Denver Elek, Inc. 8860 Kelso Drive, Baltimore, Maryland 21221.**

Amount presently due and owing: **$11,576.36, plus interest at the rate of 10% per annum from May 1, 2003 to date of payment less total adjustments of $2,214.10 leaving a balance owing of $9,362.26**

_____
R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

7/10/08
_____
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING: (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
- WRIT OF EXECUTION                (2-641)
- WRIT OF GARNISHMENT              (2-645)
- WRIT OF GARNISHMENT ON WAGES     (2-646)

174808_1.DOC