IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING <br> AND REFRIGERATION PENSION FUND, <br> et al. <br> 6650 BELAIR ROAD, 2ND FLOOR <br> BALTIMORE, MD 21206 <br><br> Plaintiffs, <br><br> vs. <br><br> ALDI MECHANICAL, INC. <br> P. O. Box 2071 <br> Reston, VA 20197-0071 <br><br> and <br><br> WILLIAM F. ALDI, SR. <br> P. O. Box 2071 <br> Reston, VA 20197-0071 <br><br> Defendants. <br><br> DENVER ELEK, INC. <br> 8860 Kelso Drive <br> Baltimore, MD 21221 <br><br> Garnishee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CASE NO.** CCB03-220 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ANSWER OF GARNISHEE**
(Must be filed in accordance with Md. Rule 2-321)

The Garnishee in answer to the continuing wage attachment, says:

1. \_\_\_\_\_ The Judgment Debtor/Employee IS NOT employed by the Garnishee.

2. __X__ The Judgment Debtor/Employee IS employed by this Garnishee.

Rate of Pay $33.27 / Hour
Pay Period WEEKLY / FRIDAY

3. _____ There are prior attachment/liens against this employee's wages, as follows:

| Name & Address of Court | Case Number | Plaintiff & Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
| | | | | |

4. _____ The Garnishee desires to contest the Attached and does assert on behalf of the Judgment Debtor/Employee the following defense:

_____
Garnishee or Attorney

I hereby certify that I mailed a copy of this answer to the Plaintiff/Judgment Creditor or his attorney, and a copy to the Judgment Debtor/Employee on  July 21, 2008  .

MAIL ORIGINAL TO:

Clerk of the Court
United States District Court
 for the District of Maryland
101 West Lombard Street
Room 4415
Baltimore, MD 21201

*[Signature]*
Garnishee
Payroll
Dexron-Elek Inc.