IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING<br>AND REFRIGERATION PENSION FUND,<br>et al.,<br>9411 Philadephia Road, Suite S<br>Baltimore, MD  21237<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALDI MECHANICAL, INC.<br>P. O. Box 2071<br>Reston, VA  20197-0071<br><br>    and<br><br>WILLIAM F. ALDI, SR.<br>P. O. Box 2071<br>Reston, VA  20197-0071<br><br>        Defendants,<br><br>    and<br><br>DENVER ELEK, INC.<br>8860 Kelso Drive<br>Baltimore, MD  21221<br><br>        Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CCB03-220<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR JUDGMENT AGAINST GARNISHEE
### DENVER ELEK, INC.

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP move this Court for an Order of Judgment against Denver Elek, Inc., Garnishee in the instant case.

Plaintiffs' Motion is fully supported by the attached Memorandum.

Respectfully Submitted,

Dated: July 24, 2008                    By: _____
                                        Richard Hopp (Bar No. 07363)
                                        O'Donoghue & O'Donoghue LLP
                                        4748 Wisconsin Avenue, N.W.
                                        Washington, D.C. 20016
                                        (202) 362-0041, Fax (202) 237-1200
                                        rhopp@odonoghuelaw.com

                                        Counsel for Plaintiffs

177453_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this _24th_ day of July, 2008 copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

William F. Aldi, Sr.
P. O. Box 2071
Reston, VA 20197-0071

Denver Elek, Inc.
8850 Kelso Drive
Baltimore, MD 21221

By: _____
Richard Hopp (Bar No. 07363)
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041, Fax (202) 237-1200
rhopp@odonoghuelaw.com

Counsel for Plaintiffs

177453_1.DOC