IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., 9411 Philadephia Road, Suite S Baltimore, MD 21237<br><br>Plaintiffs,<br><br>vs.<br><br>ALDI MECHANICAL, INC. P. O. Box 2071 Reston, VA 20197-0071<br><br>and<br><br>WILLIAM F. ALDI, SR. P. O. Box 2071 Reston, VA 20197-0071<br><br>Defendants,<br><br>and<br><br>DENVER ELEK, INC. 8860 Kelso Drive Baltimore, MD 21221<br><br>Garnishee. | Case No. CCB03-220 |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDGMENT AGAINST GARNISHEE DENVER ELEK, INC.

On May 3, 2003 the United States District Court for the District of Maryland entered judgment against the Defendant, William F. Aldi, Sr. in the amount of Eleven Thousand Five Hundred Seventy-six Dollars and Thirty-six Cents ($11,776.36) representing contributions, liquidated damages, costs, interest and attorney's fees. Since the entry of Judgment adjustments

totaling $2,214.10 were made leaving a balance owed on the Judgment in the amount of Nine Thousand Three Hundred Sixty-two Dollars and Twenty-six Cents ($9,362.26).

In order to satisfy this judgment, Plaintiffs caused a Writ of Garnishment for Wages to be issued by the clerk of the Court on July 11, 2008, serving the Writ on the Garnishee, Denver Elek, Inc. on July 16, 2008.

On July 22, 2008 Garnishee filed Answer of Garnishee Notice indicating that William F. Aldi, Sr., Judgment Debtor is employed by Garnishee, that his rate of pay is $33.27 per hour and that he is paid weekly on Friday. Garnishee raised no defense to Plaintiffs' claim. Accordingly, Plaintiffs' respectfully request that this Court enter an Order of Judgment against Garnishee, Denver Elek, Inc. to withhold and remit wages pursuant to Maryland Rules of Procedure 2-646 payable to the HPR Funds c/o Donna Overkott Spell, paralegal, O'Donoghue & O'Donoghue LLP, 4748 Wisconsin Avenue, N.W., Washington, D. C. 20016 within 15 days after the close of the Judgment Debtor, William F. Aldi, Sr.'s last pay period in each month.

Respectfully submitted,

Dated: July 24, 2008

By:_____
Richard Hopp (Bar No. 07363)
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041, Fax (202) 237-1200
rhopp@odonoghuelaw.com

Counsel for Plaintiffs

177453_1.DOC

2