IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., 9411 Philadephia Road, Suite S Baltimore, MD 21237 <br><br> Plaintiffs, <br><br> vs. <br><br> ALDI MECHANICAL, INC. P. O. Box 2071 Reston, VA 20197-0071 <br><br> and <br><br> WILLIAM F. ALDI, SR. P. O. Box 2071 Reston, VA 20197-0071 <br><br> Defendants, <br><br> and <br><br> DENVER ELEK, INC. 8860 Kelso Drive Baltimore, MD 21221 <br><br> Garnishee. | ) ) ) ) ) ) ) ) ) ) ) Case No. CCB03-220 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

In Consideration of Plaintiffs' Motion for Judgment against Garnishee and Memorandum in support thereof, it is this 1st day of August, 2008;

ORDERED that Judgment is entered against Garnishee DENVER ELEK, INC. to withhold and remit wages pursuant to Maryland Rules of Procedure 2-646 payable to the HPR Funds c/o Donna Overkott Spell, paralegal, O'Donoghue & O'Donoghue LLP, 4748 Wisconsin Avenue, N.W.,

Washington, D. C. 20016 within 15 days after the close of the Judgment Debtor, William F. Aldi's last pay period in each month.

ORDERED that said sum be made payable to the HPR Funds and mailed to Plaintiffs' attorneys, O'Donoghue & O'Donoghue LLP, c/o Donna Overkott Spell, paralegal, 4748 Wisconsin, Avenue, N.W., Washington, D.C. 20016.

_____
UNITED STATES DISTRICT JUDGE

cc:  R. Richard Hopp, Esq.
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D. C. 20016

William F. Aldi, Sr.
P. O. Box 2071
Reston, VA 20197-0071

Denver Elek, Inc.
8860 Kelso Drive
Baltimore, MD 21221

177453_1.DOC